1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

FRANCES MORAN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

VCA, INC., ROBERT L. ANTIN, JOHN M. BAUMER, JOHN B. CHICKERING JR., JOHN HEIL, and FRANK REDDICK,

Defendants.

Case No. 2:17-cv-01502-JGB-SP

CLASS ACTION

**ORDER GRANTING STIPULATION CLOSING CASE FOR ALL PURPOSES**

Judge: Hon. Jesus G. Bernal

Having considered the stipulation concerning the closing of the above-captioned case for all purposes submitted by Plaintiff Frances Moran and Defendants VCA, Inc., Robert L. Antin, John M. Baumer, John B. Chickering Jr., John Heil, and Frank Reddick, by and through their respective counsel of record, and for good cause appearing,

**IT IS HEREBY ORDERED:**

1.    This matter is fully resolved and closed for all purposes; and

2.    The Court no longer retains jurisdiction over this matter.


**IT IS SO ORDERED.**


Dated:    July 31, 2017                    _____

Hon. Jesus G. Bernal
United States District Judge

---

- 1 -

ORDER GRANTING STIPULATION CLOSING CASE FOR ALL PURPOSES; Case No. 17-cv-01502-JGB